NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIRNETX INC.,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

---

2022-1997

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,697.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                              VIRNETX INC. V. APPLE INC.

(2) Each side shall bear their own costs.

FOR THE COURT

April 11, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** April 11, 2024